UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACK TIGGART, #147662,

    Plaintiff,

v.

ATTORNEY GENERAL,

    Defendant.
_____/

Case No. 18-cv-11273
Hon. Matthew F. Leitman

# OPINION AND ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW AND DISMISSING WITHOUT PREJUDICE HIS CIVIL RIGHTS COMPLAINT

Michigan prisoner Mack Tiggart ("Plaintiff") filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 against the Michigan Attorney General alleging that the felony murder statute is unconstitutional. At the time he filed the complaint, Plaintiff did not submit the required filing fee and administrative fee, nor did he submit an application to proceed without prepayment of the filing fee. Consequently, the Court issued a deficiency order requiring him to either pay the fees or submit an application to proceed without prepayment of the filing fee and pay the fee over time. Plaintiff has responded with a letter requesting that his complaint be withdrawn because he lacks the funds to proceed and does not want to pay the filing fee in installments. Having considered the matter, the Court finds no reason why Plaintiff's request should not be granted. Accordingly, the Court **GRANTS** Plaintiff's

request to voluntarily withdraw his civil rights complaint and **DISMISSES WITHOUT PREJUDICE** the complaint. This case is closed.

    **IT IS SO ORDERED**.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: May 24, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 24, 2018, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764